**Entered on Docket
August 24, 2009**

_____
**Hon. Mike K. Nakagawa
United States Bankruptcy Judge**

---

1  PITE DUNCAN, LLP
   STEVEN W. PITE (NV Bar #008226)
2  EDDIE R. JIMENEZ (NV Bar #10376)
   4375 Jutland Drive, Suite 200
3  P.O. Box 17933
   San Diego, CA 92177-0933
4  Telephone: (858) 750-7600
   Facsimile: (619) 590-1385
5  E-mail: ecfnvb@piteduncan.com

6

7  ABRAMS & TANKO, LLLP
   MICHELLE L. ABRAMS (NV Bar #005565)
8  3085 S. Jones Blvd., Suite C
   Las Vegas, NV 89146

9

10 Attorneys for Secured Creditor WACHOVIA MORTGAGE, FSB, FKA WORLD SAVINGS
             BANK, FSB

11

12

13                    UNITED STATES BANKRUPTCY COURT

14                            DISTRICT OF NEVADA

15 | In re                                | Bankruptcy Case No. BK-S-09-17553-mkn
   |                                      | Chapter 7
16 | ARTHUR JOHN PECH AND RENE PECH,      |
   |                                      | WACHOVIA MORTGAGE, FSB, FKA
17 |                Debtor(s).            | WORLD SAVINGS BANK, FSB'S ORDER
   |                                      | TERMINATING AUTOMATIC STAY
18 |                                      | Date:   July 29, 2009
   |                                      | Time:   1:30 P.M.

19

20 /./././

21 /./././

22 /./././

1         A hearing on Secured Creditor Wachovia Mortgage, FSB, fka World Savings Bank, FSB's Motion for Relief From the Automatic Stay came on regularly for hearing in the United States Bankruptcy Court before the Honorable Mike K. Nakagawa.

        The court having duly considered the papers and pleadings on file herein and being fully advised thereon and finding cause therefor:

        IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

        The automatic stay of 11 United States Code section 362 is hereby immediately terminated as it applies to the enforcement by Movant of all of its rights in the real property under the Note and Deed of Trust encumbering the real property commonly known as 7038 Cypress Gardens Ln, Las Vegas, Nevada 89119-0365 ("Real Property"), which is legally described as:

> LOT THREE HUNDRED SIXTY TWO (362) IN BLOCK "D" OF LEWIS HOMES - MEADOW VALLEY NO. 6, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 44 OF PLATS, PAGE 40, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.

        IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Movant may offer and provide Debtors with information re: a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

APPROVED/DISAPPROVED

_____
DAVID A. ROSENBERG
TRUSTEE

/./././
/././
/././

<u>ALTERNATIVE METHOD re: RULE 9021</u>:

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

☐ The court has waived the requirement of approval under LR 9021.

☐ No parties appeared or filed written objections, and there is no trustee appointed in the case.

☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

☐ Approved. - Debtor(s)/Debtor(s)' Attorney/Trustee

☐ Disapproved. - Debtor(s)/Debtor(s)' Attorney/Trustee

☒ Failed to respond. - Trustee

###

Submitted by:

/s/ EDDIE R. JIMENEZ
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
(858) 750-7600
NV Bar #10376
Attorney for WACHOVIA MORTGAGE, FSB, FKA WORLD SAVINGS BANK, FSB